UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID PILLATOS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPT. SPENCER, *et al.*,<br><br>    Defendants. | Case No. C07-5399 FDB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PRODUCE |

    Before the Court are Plaintiff's motion to produce (Dkt. # 18) and addition to motion to produce (Dkt. # 19). It is unclear whether Plaintiff intended by the latter filing to withdraw the former.

    Plaintiff was earlier directed to Rules 26 through 37 of the Federal Rules of Civil Procedure governing the scope and limits of discovery. Plaintiff must first serve the opposing parties with his discovery requests and allow thirty days for the parties to fail to respond to his discovery requests before he files a motion to compel with the Court. In addition, prior to filing a motion to compel, Plaintiff must meet and confer with Defendants or counsel for Defendants in an attempt to resolve any discovery issues as required by Fed. R. Civ. P. 37(a)(2)(B). Then, when Plaintiff files his motion to compel, he must include a certification with the motion that he has met and conferred in an attempt to resolve all discovery disputes.

    Accordingly, it is **ORDERED:**

ORDER  1

1  (1) Plaintiff's motion to produce (Dkt. # 18) and addition to motion (Dkt. # 19) are
2      **DENIED**; and
3  (2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to any parties
4      that have appeared of record.

DATED this  20th  day of December, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER  2