# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID PILLATOS

JUDGMENT IN A CIVIL CASE

v.

CAPT. SPENCER, et al.,

CASE NUMBER: C07-5399FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendants' motion for summary judgment [Dkt. #27] is **GRANTED**; and

Plaintiff's Complaint [Dkt. #4] is **Dismissed with Prejudice**.

| | |
|---|---|
| August 12, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |